JUDITH DROZ KEYES (State Bar No. 66408)
CANDICE S. PETTY (State Bar No. 233365)
DAVIS WRIGHT TREMAINE LLP
550 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599
Email: jkeyes@dwt.com
       candicepetty@dwt.com

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

ANGELA L. MORGAN (State Bar No. 208585)
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, California 94621
Telephone: 510.383.9794
Facsimile: 510.336.8259
Email: almorgan@sbcglobal.net

Attorney for Plaintiff
ISAAC LEWIS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISAAC LEWIS, | Case No. 3:11-CV-11-5250 WHA |
| Plaintiff, | STIPULATED REQUEST FOR ORDER REMOVING FROM CALENDAR HEARING ON MOTION TO DISMISS AND CHANGING TIME OF INITIAL CASE MANAGEMENT CONFERENCE (CIVIL L.R. 6-2) |
| vs. | |
| THE PERMANENTE MEDICAL GROUP, KAVEH BROOJENI, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, the parties request an order removing from the calendar the hearing on the Defendant Kaiser Foundation Hospitals' Motion to Dismiss the Complaint ("Motion to Dismiss") currently scheduled for December 22, 2011, and changing the date on

which this Court holds the Initial Case Management Conference from December 22, 2011, to March 1, 2012, for the following reasons.

1. On December 12, 2011, Plaintiff Isaac Lewis filed a First Amended Complaint ("FAC") which, among other things, deletes causes of action that were the subject of the Motion to Dismiss, thereby making moot the Motion to Dismiss.

2. The FAC adds a defendant, Local Union 250, which has not yet been served.

3. The FAC adds new claims and allegations which Defendant Kaiser Foundation Hospitals has not yet had an opportunity to evaluate.

4. Plaintiff's attorney, Angela Morgan, has two major surgeries on December 20, 2011, and will be unavailable until mid-February while she recovers.

No previous time modifications have been made in this case.

The requested time modification will have no effect on any other dates in this case.

For these reasons, to which the parties attest in the accompanying declaration, and on this record, Defendant Kaiser Foundation Hospitals and Plaintiff Isaac Lewis, through their counsel of record, stipulate to request the following Order of this Court:

/////
////
////
////
////
///
///
///
///
///
///
///

STIPULATED REQUEST FOR ORDER CHANGING TIME
DWT 18702568v2 0086386-000059

A. That Defendant's Motion to Dismiss the Complaint, scheduled for hearing on December 22, 2011, be declared moot and removed from the calendar.

B. That the Initial Case Management Conference set for December 22, 2011, at 8:30 a.m., be postponed until March 1, 2012, at 8:30 a.m.

DATED: December 13, 2011                    MORGAN & ASSOCIATES

                                            By: /s/ Angela L. Morgan
                                                    Angela L. Morgan

                                            Attorney for Plaintiff ISAAC LEWIS


DATED: December 13, 2011                    DAVIS WRIGHT TREMAINE LLP

                                            By: /s/ Candice S. Petty
                                                    Judith Droz Keyes
                                                    Candice S. Petty

                                            Attorneys for Defendant KAISER FOUNDATION HOSPITALS, previously erroneously sued as The Permanente Medical Group


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 19, 2011.

                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE