1  JUDITH DROZ KEYES (State Bar No. 66408)
   CANDICE S. PETTY (State Bar No. 233365)
2  DAVIS WRIGHT TREMAINE LLP
   550 Montgomery Street, Suite 800
3  San Francisco, California  94111
   Telephone: (415) 276-6500
4  Fax: (415) 276-6599
   Email: jkeyes@dwt.com
5         candicepetty@dwt.com

6  Attorneys for Defendant
7  KAISER FOUNDATION HOSPITALS

8  ANGELA L. MORGAN (State Bar No. 208585)
   MORGAN & ASSOCIATES
9  7677 Oakport Street, Suite 1050
   Oakland, California 94621
10 Telephone: 510.383.9794
   Facsimile: 510.336.8259
11 Email: almorgan@sbcglobal.net

12 Attorney for Plaintiff
   ISAAC LEWIS

13

14                 UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 ISAAC LEWIS,                       )  Case No. 3:11-CV-11-5250 WHA
                                      )
19              Plaintiff,            )  STIPULATED REQUEST FOR ORDER
                                      )  REMOVING FROM CALENDAR HEARING
20    vs.                            )  ON MOTION TO DISMISS AND
                                      )  CHANGING TIME OF INITIAL CASE
21 THE PERMANENTE MEDICAL GROUP,      )  MANAGEMENT CONFERENCE
   KAVEH BROOJENI, et al.,            )  (CIVIL L.R. 6-2)
22                                    )
                Defendants.           )
23 _____)

24

25     Pursuant to Civil Local Rule 6-2, the parties request an order removing from the calendar

26 the hearing on the Defendant Kaiser Foundation Hospitals' Motion to Dismiss the Complaint

27 ("Motion to Dismiss") currently scheduled for December 22, 2011, and changing the date on

28

which this Court holds the Initial Case Management Conference from December 22, 2011, to March 1, 2012, for the following reasons.

1.    On December 12, 2011, Plaintiff Isaac Lewis filed a First Amended Complaint ("FAC") which, among other things, deletes causes of action that were the subject of the Motion to Dismiss, thereby making moot the Motion to Dismiss.

2.    The FAC adds a defendant, Local Union 250, which has not yet been served.

3.    The FAC adds new claims and allegations which Defendant Kaiser Foundation Hospitals has not yet had an opportunity to evaluate.

4.    Plaintiff's attorney, Angela Morgan, has two major surgeries on December 20, 2011, and will be unavailable until mid-February while she recovers.

No previous time modifications have been made in this case.

The requested time modification will have no effect on any other dates in this case.

For these reasons, to which the parties attest in the accompanying declaration, and on this record, Defendant Kaiser Foundation Hospitals and Plaintiff Isaac Lewis, through their counsel of record, stipulate to request the following Order of this Court:

/////

////

////

////

/////

///

///

///

///

///

///

///

A. That Defendant's Motion to Dismiss the Complaint, scheduled for hearing on December 22, 2011, be declared moot and removed from the calendar.

B. That the Initial Case Management Conference set for December 22, 2011, at 8:30 a.m., be postponed until March 1, 2012, at 8:30 a.m.

DATED:  December 13, 2011          MORGAN & ASSOCIATES

By: /s/ Angela L. Morgan
          Angela L. Morgan

Attorney for Plaintiff ISAAC LEWIS

DATED:  December 13, 2011          DAVIS WRIGHT TREMAINE LLP

By: /s/ Candice S. Petty
          Judith Droz Keyes
          Candice S. Petty

Attorneys for Defendant KAISER FOUNDATION HOSPITALS, previously erroneously sued as The Permanente Medical Group

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE