**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PERMANENTE MEDICAL GROUP, ET AL.<br><br>    Defendants. | Case No.: 11-CV-5250 YGR<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADVISING OF TENTATIVE SCHEDULING ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The parties are ordered to appear for a case management conference on **Monday, April 16, 2012**, at 2:00 p.m. at the Federal Courthouse, Oakland, in a courtroom to be designated.

The Court is tentatively considering a scheduling order as set forth below, based upon the dates previously set herein and this Court's availability. Parties are advised that the Court cannot guarantee the previously set trial date of November 26, 2012, and does not have availability thereafter before the summer of 2013.

Prior to the case management conference, the parties are directed to meet and confer as to the tentative schedule and as to whether they wish to consent to the jurisdiction of a magistrate judge who can guarantee that trial date. Counsel are ordered to discuss this option with their clients first, and then meet and confer regarding same. The Court will accept requests for assignment to a specific magistrate judge or magistrate judges.[1]

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO ADR for Mediation/ Mandatory Settlement Conference Before a Magistrate Judge _____/Arbitration to occur by |   August 1, 2012   |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: |  April 30, 2012   |
| NON-EXPERT DISCOVERY CUTOFF: |   August 31, 2012   |

---

[1] Profiles can be found at http://cand.uscourts.gov/judges.

| | |
|---|---|
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening:  August 31, 2012 |
| | Rebuttal:  September 14, 2012 |
| EXPERT DISCOVERY CUTOFF: |  September 28, 2012 |
| DISPOSITIVE MOTIONS[2] To Be Heard By: |  October 16, 2012 |
| JOINT PRETRIAL CONFERENCE STATEMENT: |  October 26, 2012 |
| PRETRIAL CONFERENCE: | Friday, November 9, 2012 at 9:00 a.m. |
| TRIAL DATE: | Monday, November 26, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: |  3  days |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

2