UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, *et al.,*<br><br>    Defendants. | Case No.: 11-cv-5250-YGR<br><br>**ORDER SETTING COMPLIANCE HEARING AND VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the parties' representation that they have reached a tentative settlement, the case management conference currently set for April 16, 2012 is VACATED.

A compliance hearing regarding settlement status shall be held on Friday, June 15, 2012, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

No less than five (5) business days prior to the date of the compliance hearing, the parties shall file either a notice of settlement and dismissal of the action; or a two-page JOINT STATEMENT setting forth an explanation for their failure to do so. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: April 13, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**